UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v

THOMAS RAY TAYLOR,

        Defendant,

and

THE ELECTRICAL WORKERS JOINT
BOARDS OF TRUSTEES,

        Garnishee.
_____/

Case No. 2:11mc51597
Hon. Paul D. Borman
Magistrate Judge Laurie J. Michelson

## ORDER

Plaintiff, United States of America, filed its Application for Writ of Garnishment on December 29, 2011. The garnishment stems out of Defendant, Thomas Ray Taylor's (Taylor) conviction in this Court, for which Taylor was ordered to pay restitution. Taylor filed a request for a hearing on January 25, 2012. On January 27, 2012 this Court referred the matter to Magistrate Judge Laurie J. Michelson for a hearing and a determination on Taylor's request for a hearing. Garnishee, The Electrical Workers Joint Board of Trustees, filed an Answer to the Application on January 23, 2012. Magistrate Judge Michelson held a telephonic hearing on the matter on March 14, 2012. On March 16, 2012, Magistrate Judge Michelson issued her Report and Recommendation To Deny Defendant's Objection to Writ of Garnishment. No objections to the Report and Recommendation have been filed with the Court.

For the reasons set forth in Magistrate Judge Michelson's Report and Recommendation, now therefore

It is ORDERED that the Magistrate Judge Michelson's Report and Recommendation To Deny Defendant's Objection to Writ of Garnishment is adopted; and

It is ORDERED that the objections of Thomas Ray Taylor are DENIED; and

It is ORDERED that Thomas Ray Taylor's interest in the IBEW Local No. 58 Annuity Fund is fully encumbered by the Writ of Garnishment; and

It is ORDERED that no distribution of Thomas Ray Taylor's interest in the IBEW Local No. 58 Annuity Fund may be made without further order of the Court.

Dated: 4-17-18

_____
Hon. Paul D. Borman
United States District Court